UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALVARO ENRIQUE BLANCO LAGUNA,

                           Petitioner,

      -against-

LUZ MILA AVILA,

                           Respondent.
------------------------------------------------------------x

MEMORANDUM and ORDER

07-CV-5136 (ENV)

VITALIANO, D.J.

        On December 10, 2007, Alvaro Enrique Blanco Laguna ("Blanco") petitioned this Court pursuant to the Hague Convention on the Civil Aspects of International Child Abduction for the return of his child to Colombia. Pursuant to the Order to Show Cause entered on that date, respondent Luz Mila Avila was required to "turn over the [c]hild's and her passports and any travel documents for either of them to the Clerk of the United States District Court for the Eastern District of New York, pending further order of this Court." Thereafter, following a trial on Blanco's petition, on May 7, 2008, this Court entered a Memorandum and Order denying the petition and directing the Clerk of the Court to enter Judgment for Avila and to close this case. Avila now seeks return of the child's and her passport from the Clerk of the Court.

        Pending entry of the Judgment, Avila's motion is denied. Pending the filing of a motion for post-trial reconsideration or expiration of the time to notice appeal, any application for the return of any or all documents currently in the possession of the Clerk of the Court shall be in writing and on notice to petitioner.

        SO ORDERED.

Dated: Brooklyn, New York
       May 12, 2008

                                                           s/ENV

                                                     ERIC N. VITALIANO
                                                     United States District Judge